Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 10-55255

Case Name: In re: LightTheNations.com, et al v. Yahoo!,Inc., et al

The Clerk will enter my appearance as counsel on behalf of: James Owen

- [x] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

- [x] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

- [ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): N/A

Signature (use "s/" format): s/Jeffrey Weinstein      Date: 3/2/10

Name: Jeffrey Weinstein

Address: 518 East Tyler Street

City: Athens    State: TX    Zip Code: 75751

Phone Number (including area code): (903) 677-5333